**DENIED and Opinion Filed July 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00439-CV**

**IN RE COLUMBIA HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P. D/B/A MEDICAL CITY DALLAS HOSPITAL, Relator**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18552**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

In its May 10, 2023 petition for writ of mandamus, relator seeks relief from part of a trial court order compelling it to answer an interrogatory.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* Tᴇx. R. Aᴘᴘ. P. 52.8(a).


                                                    /Emily Miskel/
                                                    _____
                                                    EMILY MISKEL
                                                    JUSTICE
230439F.P05